IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RENE GUILLEN,<br>a/k/a SAPO;<br>JOHNNY RAY GUILLEN;<br>███████████████████████,<br>███████;<br>███████████████; and<br>████████████████ | **S U P E R S E D I N G**<br>**I N D I C T M E N T**<br>**1:24-mj-00093 SKO**<br>Case No. 1:24-cr-00109<br><br>Violations: 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 841(b)(1)(B), 846, 856(a)(1), and 856(b); and 18 U.S.C. §§ 924(c)(1)(A) and 2 |

COUNT ONE

**Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances**

The Grand Jury Charges:

Beginning in or about 2021, and continuing until in or about the date of this Superseding Indictment, in the District of North Dakota, and elsewhere,

RENE GUILLEN, a/k/a SAPO;
JOHNNY RAY GUILLEN;



knowingly and intentionally combined, conspired, confederated, and agreed together and with others, both known and unknown to the grand jury, to distribute and possess with intent to distribute controlled substances, including: (i) 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II

controlled substance; (ii) 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance; and (iii) 40 grams or more of a mixture and substance containing a detectable amount of fentanyl (a/k/a "N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide"), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 841(b)(1)(B).

## Overt Acts

In furtherance of this conspiracy and to effect and accomplish the objects of it, one or more of the conspirators committed the following overt acts:

1. It was a part of said conspiracy that one or more conspirators traveled between California and North Dakota for purposes of acquiring, transporting, and distributing controlled substances;

2. It was further a part of said conspiracy that conspirators distributed, and possessed with intent to distribute, controlled substances in and around Bismarck, Mandan, and Minot, North Dakota, and elsewhere;

3. It was further a part of said conspiracy that conspirators would and did use United States currency in their drug transactions;

4. It was further a part of said conspiracy that conspirators attempted to conceal their activities by, among other things, concealing controlled substances inside motor vehicles and containers, using aliases, and utilizing locations as stash houses of controlled substances and drug trafficking proceeds;

5. It was further a part of said conspiracy that conspirators would and did use telecommunication facilities, including cellular telephones, and social media and financial transaction applications, to facilitate the distribution of controlled substances and the collection and transfer of drug proceeds;

6. It was further a part of said conspiracy that conspirators possessed firearms to protect their source of supply of controlled substances and the proceeds of drug distribution activity, and to intimidate others;

7. It was further a part of said conspiracy that conspirators used residences, businesses, and hotel rooms in Bismarck, Mandan, and Minot, North Dakota, within which to use, store, conceal, and distribute controlled substances, and to collect, receive, and transfer the proceeds of drug distribution activity;

8. It was further a part of said conspiracy that conspirators utilized other persons as sub-distributors and associates to assist in locating customers and consumers of controlled substances, and to collect and transfer money; and

9. It was further a part of said conspiracy that RENE GUILLEN, a/k/a SAPO, and JOHNNY RAY GUILLEN distributed 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine to a confidential informant on or about August 16, 2022, in and near Bakersfield, California;

In violation of Title 21, United States Code, Section 846, and Pinkerton v. United States, 328 U.S. 640 (1946).

COUNT TWO

**Possession with Intent to Distribute Methamphetamine**
**(500 grams or more – mixture)**

The Grand Jury Further Charges:

On or about June 11, 2024, in the District of North Dakota, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮, individually, and by aiding and abetting, knowingly and intentionally possessed with intent to distribute controlled substances, including 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

COUNT THREE

**Possession with Intent to Distribute Fentanyl**
**(40 grams or more – mixture)**

The Grand Jury Further Charges:

On or about June 11, 2024, in the District of North Dakota, ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆, individually, and by aiding and abetting, knowingly and intentionally possessed with intent to distribute controlled substances, including 40 grams or more of a mixture and substance containing a detectable amount of fentanyl (a/k/a "N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide"), a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

COUNT FOUR

**Possession of Firearms in Furtherance of a Drug Trafficking Crime**

The Grand Jury Further Charges:

Beginning sometime prior to, and continuing until, on or about June 11, 2024, in the District of North Dakota, and elsewhere,

███████████████,

individually, and by aiding and abetting, knowingly possessed one or more firearms, namely: (i) one Glock, Model 19 Gen5, 9 x 19 caliber handgun, Serial Number BXYU876; (ii) one Glock, Model 19, 9 x 19 caliber handgun, Serial Number AFYC565; (iii) one Huglu, 12-gauge shotgun, Serial Number 13S0226; and (iv) one Glock, Model 43, 9 x 19 caliber handgun, Serial Number BCYY824, in furtherance of a drug trafficking crime for which ███████████████ may be prosecuted in a court of the United States, namely: Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances; Possession with Intent to Distribute Methamphetamine (500 grams or more – mixture); and Possession with Intent to Distribute Fentanyl (40 grams or more – mixture), as alleged in Counts One, Two and Three of this Superseding Indictment;

In violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

COUNT FIVE

**Maintaining Drug-Involved Premises**

The Grand Jury Further Charges:

Beginning in or about 2022 and continuing until in or about the date of this Superseding Indictment, in the District of North Dakota, ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ and ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆, individually, and by aiding and abetting, knowingly opened, leased, rented, used, and maintained any place, whether permanently or temporarily, for the purpose of distributing and using any controlled substance; specifically, ▆▆▆▆▆▆▆▆▆▆▆▆ and ▆▆▆▆▆▆▆▆▆▆▆▆ opened, used, and maintained a business establishment in Minot, North Dakota, for purposes of distributing and possessing with intent to distribute controlled substances, including methamphetamine and fentanyl (a/k/a "N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide"), Schedule II controlled substances;

In violation of Title 21, United States Code, Sections 856(a)(1) and 856(b), and Title 18, United States Code, Section 2.

## FORFEITURE NOTICE

Upon conviction of the offenses alleged in Counts One, Two, Three, Four, and Five of this Superseding Indictment, ███████, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), and Title 21, United States Code, Section 853, all firearms and ammunition involved in the commission of the offense(s), including, but not limited to:

- One Glock, Model 19 Gen5, 9 x 19 caliber handgun, Serial Number BXYU876;
- One Glock, Model 19, 9 x 19 caliber handgun, Serial Number AFYC565;
- One Huglu, 12-gauge shotgun, Serial Number 13S0226; and
- One Glock, Model 43, 9 x 19 caliber handgun, Serial Number BCYY824.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Mac Schneider
MAC SCHNEIDER
United States Attorney

RLV/jrs

**PENALTY SLIP**

| | |
|---|---|
| DEFENDANTS: | RENE GUILLEN |
| | JOHNNY RAY GUILLEN |

COUNT 1:   21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 841(b)(1)(B), and 846 – Conspiracy to Possess with Intent to Distribute and to Distribute a Controlled Substances

PENALTY:

(a)   Imprisonment
      Minimum: 10 years
      Maximum: Life

(b)   Fine Maximum: $10,000,000

(c)   Both Fine and Imprisonment

(d)   Supervised Release:
      Minimum: 5 years

(e)   Special Assessment: $100